**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 445 WAL 2017
                 :
        Respondent           :
                 : Petition for Allowance of Appeal from
                 : the Order of the Superior Court
        v.                  :
                 :
                 :
JASON AARON MACKEL,         :
                 :
        Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.